UNITED STATES of America,
Plaintiff—Appellee,

v.

Angel RAYA–MENDOZA, Defendant—Appellant.

No. 07–10246.

United States Court of Appeals,
Ninth Circuit.

Submitted Jan. 14, 2008 *.

Filed Jan. 22, 2008.

Joseph A. Fazioli, USSJ–Office of the U.S. Attorney, San Jose, CA, for Plaintiff–Appellee.

Mark D. Eibert, Esq., Half Moon Bay, CA, for Defendant–Appellant.

Before: HALL, O'SCANNLAIN, and PAEZ, Circuit Judges.

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

MEMORANDUM **

Angel Raya–Mendoza appeals from the 70–month sentence imposed following his guilty-plea conviction for illegal re-entry following deportation in violation of 8 U.S.C. § 1326. We have jurisdiction pursuant to 28 U.S.C. § 1291, and we affirm.

Raya–Mendoza contends that his sentence is unreasonable because he did not receive a larger downward adjustment for his relatively minor, non-violent criminal history. We disagree. The district court conducted a thorough analysis of the sentencing factors listed in 18 U.S.C. § 3553(a), and we conclude that Raya–Mendoza's sentence is not unreasonable. *See Gall v. United States,* —— U.S. ——, 128 S.Ct. 586, 597–98, 169 L.Ed.2d 445 (2007).

**AFFIRMED.**

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.